**Exhibit A**

Table of Last-Observed Infringements by Defendants of Paradox Pictures's Copyright in the Motion Picture "OMG... It's The Nanny XXX Parody," Copyright Reg. No. PA1764416

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 107.3.67.210 | 2012-03-25 20:57:18 -0400 | Comcast Cable | BitTorrent | a4e2afbb58c17b1d5be33d3ce57374cf0979b9fc |
| Doe 2 | 173.48.205.134 | 2012-03-19 18:42:22 -0400 | Verizon Internet Services | BitTorrent | a4e2afbb58c17b1d5be33d3ce57374cf0979b9fc |
| Doe 3 | 173.76.15.60 | 2012-03-12 20:45:05 -0400 | Verizon Internet Services | BitTorrent | a4e2afbb58c17b1d5be33d3ce57374cf0979b9fc |
| Doe 4 | 173.76.164.115 | 2012-01-30 16:28:39 -0500 | Verizon Internet Services | BitTorrent | a4e2afbb58c17b1d5be33d3ce57374cf0979b9fc |
| Doe 5 | 24.147.167.196 | 2012-02-21 18:06:18 -0500 | Comcast Cable | BitTorrent | a4e2afbb58c17b1d5be33d3ce57374cf0979b9fc |
| Doe 6 | 24.147.205.129 | 2012-01-28 20:33:46 -0500 | Comcast Cable | BitTorrent | a4e2afbb58c17b1d5be33d3ce57374cf0979b9fc |
| Doe 7 | 24.62.48.26 | 2012-03-05 22:57:18 -0500 | Comcast Cable | BitTorrent | a4e2afbb58c17b1d5be33d3ce57374cf0979b9fc |
| Doe 8 | 24.63.182.120 | 2012-03-04 05:13:54 -0500 | Comcast Cable | BitTorrent | a4e2afbb58c17b1d5be33d3ce57374cf0979b9fc |
| Doe 9 | 24.91.60.83 | 2012-02-26 15:35:44 -0500 | Comcast Cable | BitTorrent | a4e2afbb58c17b1d5be33d3ce57374cf0979b9fc |
| Doe 10 | 66.31.88.243 | 2012-01-02 00:58:31 -0500 | Comcast Cable | BitTorrent | a4e2afbb58c17b1d5be33d3ce57374cf0979b9fc |
| Doe 11 | 71.184.207.209 | 2012-03-07 02:32:14 -0500 | Verizon Internet Services | BitTorrent | a4e2afbb58c17b1d5be33d3ce57374cf0979b9fc |
| Doe 12 | 71.184.255.128 | 2012-03-23 10:24:57 -0400 | Verizon Internet Services | BitTorrent | a4e2afbb58c17b1d5be33d3ce57374cf0979b9fc |
| Doe 13 | 71.192.153.144 | 2012-03-18 14:05:06 -0400 | Comcast Cable | BitTorrent | a4e2afbb58c17b1d5be33d3ce57374cf0979b9fc |
| Doe 14 | 71.234.99.85 | 2012-02-12 17:51:27 -0500 | Comcast Cable | BitTorrent | a4e2afbb58c17b1d5be33d3ce57374cf0979b9fc |
| Doe 15 | 75.69.145.218 | 2012-03-10 11:34:13 -0500 | Comcast Cable | BitTorrent | a4e2afbb58c17b1d5be33d3ce57374cf0979b9fc |
| Doe 16 | 76.118.169.115 | 2012-01-28 16:24:51 -0500 | Comcast Cable | BitTorrent | a4e2afbb58c17b1d5be33d3ce57374cf0979b9fc |
| Doe 17 | 76.118.234.104 | 2012-01-04 01:14:45 -0500 | Comcast Cable | BitTorrent | a4e2afbb58c17b1d5be33d3ce57374cf0979b9fc |
| Doe 18 | 76.24.25.186 | 2012-03-01 14:47:17 -0500 | Comcast Cable | BitTorrent | a4e2afbb58c17b1d5be33d3ce57374cf0979b9fc |
| Doe 19 | 98.118.103.80 | 2012-02-05 01:30:26 -0500 | Verizon Internet Services | BitTorrent | a4e2afbb58c17b1d5be33d3ce57374cf0979b9fc |
| Doe 20 | 98.229.68.24 | 2012-02-15 14:17:27 -0500 | Comcast Cable | BitTorrent | a4e2afbb58c17b1d5be33d3ce57374cf0979b9fc |