## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

PARADOX PICTURES,

*Plaintiff,*

v.

DOES 1 – 20,

*Defendants.*

CIVIL ACTION No.:  1:12-cv-10815

**Dismissal with Prejudice of Specific Doe(s)**

Plaintiff reached settlements with the respective Doe Defendants listed in the following table:

| Doe Number | IP Address | Time Stamp (EST) |
|---|---|---|
| Doe 6 | 24.147.205.129 | 2012-01-28 20:33:46 -0500 |
| Doe 7 | 24.62.48.26 | 2012-03-05 22:57:18 -0500 |
| Doe 9 | 24.91.60.83 | 2012-02-26 15:35:44 -0500 |
| Doe 10 | 66.31.88.243 | 2012-01-02 00:58:31 -0500 |
| Doe 12 | 71.184.255.128 | 2012-03-23 10:24:57 -0400 |
| Doe 13 | 71.192.153.144 | 2012-03-18 14:05:06 -0400 |
| Doe 15 | 75.69.145.218 | 2012-03-10 11:34:13 -0500 |

Plaintiff dismisses *with* prejudice each of the specific Defendants listed above from the above-identified action pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted on July 28, 2012,

FOR THE PLAINTIFF:

Marvin Cable, Esq.
BBO#:  680968
LAW OFFICES OF MARVIN CABLE
P.O. Box 1630
Northampton, MA 01061
P: (413) 268-6500
F: (413) 268-6500
E: law@marvincable.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

Marvin Cable, Esq.